**Overstock.com, Inc. (OSTK)**                                      **Tsai, Tsungying**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 8/14/2019 | Purchase | 8 | $16.4750 |
| 8/14/2019 | Purchase | 64 | $18.8100 |